| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| Southern District of New York |
| Case number (*if known*): _____ Chapter 15 |

☐ Check if this is an
amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| 1. | **Debtor's name** | Odebrecht Drilling Norbe Nine GmbH |
| --- | --- | --- |

**2. Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___

☑ Other  FN 342214g  . Describe identifier  Austria Tax Re. No / Tax ID .

**For individual debtors:**

☐ Social Security number:   xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

☐ Other _____ . Describe identifier _____ .

| 3. | **Name of foreign representative(s)** | Rogerio Luis Murat Ibrahim |
| --- | --- | --- |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | N/A – Foreign Representative was appointed by board resolution |

**5. Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
A certified copy, translated into English, of the Initial Court Order and Authorizing
Resolutions (each as defined in and attached to the Foreign Representative Declaration).

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.) (See the Foreign Law Declaration filed substantially concurrently herewith.)

☐ Yes

| Debtor | Odebrecht Drilling Norbe Nine GmbH | Case number (if known) |
|---|---|---|
| | Name | |

---

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Brazil

**Debtor's registered office:**

Lothringerstrasse 16/08, 1030
Number        Street

_____
P.O. Box

Vienna
City          State/Province/Region     ZIP/Postal Code

Austria
Country

**Individual debtor's habitual residence:**

_____
Number        Street

_____
P.O. Box

_____
City          State/Province/Region     ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

Avenida Cidade de Lima, nº 86
Number        Street

Offices 501 and 502
P.O. Box

Santo Cristo, 20.220-710
City          State/Province/Region     ZIP/Postal Code

Rio de Janeiro, Brazil
Country

---

**10. Debtor's website** (URL)

https://www.ocyan-sa.com/

---

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

   ☑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ☐ Partnership

   ☐ Other.  Specify: _____

☐ Individual

---

| Debtor | Odebrecht Drilling Norbe Nine GmbH | Case number (if known) |
|---|---|---|
| | Name | |

| 12. | **Why is venue proper in _this district_?** | Check one: |
|---|---|---|

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✖ /s/ Rogerio Luis Murat Ibrahim                    Rogerio Luis Murat Ibrahim
Signature of foreign representative                 Printed name

Executed on   04/11/2023
              MM  / DD / YYYY

✖ _____          _____
Signature of foreign representative                 Printed name

Executed on   _____
              MM  / DD / YYYY

**14. Signature of attorney**

✖ /s/ Eli J. Vonnegut                    Date   04/11/2023
Signature of Attorney for foreign representative      MM   / DD / YYYY

Eli J. Vonnegut
Printed name

Davis Polk & Wardwell LLP
Firm name

450 Lexington Avenue
Number         Street

New York                                    NY        10017
City                                        State     ZIP Code

(212) 450-4000                              eli.vonnegut@davispolk.com
Contact phone                               Email address

4610515                                     NY
Bar number                                  State